UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JEFFREY ISAACS </br> Plaintiff, </br> vs. </br> UNITED STATES DEPARTMENT OF JUSTICE </br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) Case No. 1:18-CV-10886-FDS </br> ) </br> ) </br> ) </br> ) </br> ) |

## NOTICE OF RELATED ACTION

NOW COMES THE PLAINTIFF, Dr. Jeffrey Isaacs, by and through counsel, and hereby provides NOTICE, of a Related Case. Plaintiff further provides the details as follows:

1. Plaintiff, has filed a Petition for Writ of Certiorari to the United States Supreme Court. [Document attached hereto as an exhibit].

WHEREFORE, Plaintiff requests no particular action at this time in connection with this Notice.

|  |  |
|---|---|
| Dated: April 8, 2019 | Respectfully Submitted,<br>Dr. Jeffery Isaacs,<br>By and through counsel,<br><br>/s/ Keith A. Mathews<br>Keith A. Mathews, Esq.<br>587 Union Street<br>Manchester, NH 03104<br>(603) 622-8100<br>(888) 912-1497 fax<br>Keith@aaone.law |

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

| | |
|---|---|
| Dated: April 8, 2019 | /s/ Keith A. Mathews |