UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JEFFREY ISAACS<br><br>                      Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF JUSTICE<br><br>                      Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:18-CV-10886-FDS<br>)<br>)<br>)<br>)<br>) |

### **NOTICE OF DISMISSAL**

NOW COMES, the Plaintiff, Jeffrey Isaacs, by and through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), dismisses this action, and herby provides Notice of Voluntary Dismissal without prejudice.

1. "Subject to Rules 23(e), 23.1(c), 23.2 and 66 and any applicable federal statute, the Plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i).

2. No Answer or Motion for Summary Judgment has been filed by the Defendants.

WHEREFORE, Plaintiff is entitled to, and hereby Voluntarily Dismisses, this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), *without Prejudice.*

|  |  |
|---|---|
| Dated: April 9, 2019 | Respectfully Submitted,<br>Dr. Jeffery Isaacs,<br>By and through counsel,<br><br>/s/ Keith A. Mathews<br>Keith A. Mathews, Esq.<br>587 Union Street<br>Manchester, NH 03104<br>(603) 622-8100<br>(888) 912-1497 fax<br>Keith@aaone.law |

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

|  |  |
|---|---|
| Dated: April 9, 2019 | /s/ Keith A. Mathews |